**Order entered November 27, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00529-CV

**HAMPDEN CORPORATION, ET AL., Appellants**

**V.**

**REMARK, INC. ET AL., Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00342-06**

## ORDER

Before the Court is appellees' November 8, 2013 third motion for an extension of time to file a brief. Appellees' brief was due on November 8, 2013. Appellees request an extension of "four or five days." As of today's date, appellees have not filed a brief. We **GRANT** appellees' motion **TO THE EXTENT** that appellees shall file their brief on or before **DECEMBER 9, 2013**. We caution appellees that if they fail to file a brief on or before December 9, 2013, the case will be submitted without an appellees' brief.

/s/     ELIZABETH LANG-MIERS
       JUSTICE